[No. 6964–1.   Division One.   December 10, 1979.]

JOHN D. YATES, *Appellant,* v. FRED GIANOLA,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 831217, Frank J. Eberharter, J., entered September 27, 1978. *Affirmed in part* and *reversed in part* by unpublished opinion per Ringold, J., concurred in by James and Andersen, JJ.

[No. 7042–1.   Division One.   December 10, 1979.]

PATRICK S. BOWEN, *Appellant,* v. CIVIL SERVICE
COMMISSION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 128417, Daniel T. Kershner, J., entered October 4, 1978. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Callow, C.J., and Williams, J.

[No. 7096–1.   Division One.   December 10, 1979.]

AMERICAN MEMORIAL SERVICES, INC., *Respondent,* v.
THOMAS J. PRITCHARD, ET AL, *Appellants.*

MT. OLIVET, INC., *Respondent,* v. GEORGE R. PRITCHARD,
ET AL, *Appellants.*

Appeal from judgments of the Superior Court for King County, Nos. 832576, 832578, Horton Smith, J., entered October 26, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Dore and Ringold, JJ.